ACCEPTED
03-14-00530-CR
5236031
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 3:51:32 PM
JEFFREY D. KYLE
CLERK

## 03-14-00530-CR

GRAHAM JAY SONNENBERG

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 3:51:32 PM
JEFFREY D. KYLE
Clerk

VS.

THIRD DISTRICT

STATE OF TEXAS

SITTING IN AUSTIN, TEXAS

---

## MOTION TO WITHDRAW BY APPOINTED COUNSEL

### and

## MOTION FOR EXTENSION OF TIME FOR FILING OF PRO SE BRIEF

---

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COMES NOW Don Morehart, court appointed attorney of record on appeal for the appellant herein, and presents this motion to withdraw and Motion for Extension of Time for Filing of a Pro Se Brief, and in support thereof would show the court the following:

### I.

On August 20, 2014, the trial court appointed Don Morehart, an attorney licensed in the State of Texas, to represent the Appellant in this case. Since that date, counsel has conducted a diligent and thorough review of the appellate record, and has determined that there are no meritorious grounds for this appeal.

1

II.

Counsel has submitted a brief, setting forth the factual and procedural aspects of the case, and identifying possible grounds for appeal, if any. Counsel has sent to Appellant a copy of the brief, and has explained to Appellant the steps necessary to obtain a copy of the clerk's record and the reporter's record from the Clerk of Court, and advised Appellant of his right to present a *pro se* brief and the time periods applicable.

WHEREFORE, PREMISES CONSIDERED, Don Morehart, attorney at law, requests that the court enter an order allowing said attorney to withdraw from representation of the Appellant named herein.

Respectfully Submitted,

LAW OFFICE OF DON MOREHART
316 West 12th Str., Ste 602
Austin, Texas 78701
Telephone 512/472-4040
Telecopier 512/472-4086
Don@MorehartLaw.com
ATTORNEY FOR APPELLANT

*/s/ Don Morehart*
DON MOREHART      SBN 14423700

CERTIFICATE OF SERVICE

By my signature above/below, I hereby certify that a true and correct copy of the above and foregoing was served upon the following persons in the manner described on May 11, 2015.

State's Attorney
Travis County District Attorney
P.O. Box 1748
Austin, TX 78767
VIA FAX to 512-854-4206

GRAHAM SONNENBERG
Appellant/Defendant
TDCJ # 01950692
Daniel Unit
938 South FM 1673
Snyder, TX 79549
VIA Courier Receipted Delivery

*/s/ Don Morehart*

Don Morehart
Court Appointed Counsel for Appellant

ACCEPTED
03-14-00530-CR
5236084
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 3:53:34 PM
JEFFREY D. KYLE
CLERK

## 03-14-00530-CR

| | |
|---|---|
| GRAHAM JAY SONNENBERG | IN THE COURT OF APPEALS |
| VS. | THIRD DISTRICT |
| STATE OF TEXAS | SITTING IN AUSTIN, TEXAS |

**COURT APPOINTED COUNSEL'S CERTIFICATE OF COMPLIANCE WITH PRE-WITHDRAWAL REQUIREMENTS IN AN ANDERS APPEAL**

TO THE HONORABLE COURT OF APPEALS:

In compliance with the requirements of Anders v. California, 386 U.S. 378 (1967), I, Don Morehart, court-appointed counsel for appellant, Graham Sonnenberg, in the above-referenced appeal, do hereby verify, in writing, to the Court that I have:

1.      notified appellant that I filed a motion to withdraw as counsel with an accompanying Anders brief, and provided a copy of each to appellant; and

2.      informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3.      advised appellant of his right to review the appellate record, should he wish to do so, so that he may prepare his pro se brief; and

4.      explained the process for obtaining the appellate record, provided a Motion for Pro Se Access to the Appellate Record lacking only appellant's signature and

1

the date, and provided the mailing address for this Court; and

5.     informed appellant of his right to seek discretionary review pro se should

this Court declare his appeal frivolous.

Respectfully submitted,

*/s/ Don Morehart*
Don Morehart     SBN 14423700
Attorney and Counselor at Law
316 West 12th Street, Suite 313
Austin, Texas  78701
T:  512-551-0404  F:  512-551-0405
Don@MorehartLaw.com
ATTORNEY FOR APPELLANT